**STATE ex rel. WHITMAN**

v.

**Susan E. COMEAU.**

**No. 81–616–M.P.**

Supreme Court of Rhode Island.

June 17, 1982.

Dennis J. Roberts II, Atty. Gen., Steven F. Mullen, Chief Sp. Counsel, Providence, for plaintiff.

Michael J. Kiselica, Providence, for defendant.

ORDER

The petition for writ of certiorari is denied.

SHEA, J., did not participate.